## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAWSON ALGEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  3:23-cv-03677-JPG |
| | ) | |
| CHASE CARD FUNDING, LLC, | ) | |
| | ) | |
| Defendant**.** | ) | |

## **JUDGMENT IN A CIVIL CASE**

This matter having come before the Court, and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:  October 23, 2024**


MONICA A. STUMP, Clerk of Court

By:      *s/Tina Gray,*
           Deputy Clerk


**APPROVED:  *s/J. Phil Gilbert***
                     J. PHIL GILBERT
                     U.S. DISTRICT JUDGE